UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Keith Maurice Jenkins							Docket No. 4:11-CR-106-1FL

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Keith Maurice Jenkins, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 100 Grams or More of Heroin, 21 U.S.C. § 846, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on August 7, 2012, to the custody of the Bureau of Prisons for a term of 75 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 5 years. On December 2, 2014, pursuant to an Order Regarding Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 64 months custody.

Keith Maurice Jenkins was released from custody on May 20, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 24, 2016, the defendant provided a urine sample that was submitted for laboratory analysis and acknowledged he used cocaine on May 22, 2016. On May 29, 2016, laboratory analysis revealed positive results for cocaine, amphetamine, and methamphetamine. On May 31, 2016, when confronted with the test results, Jenkins confirmed cocaine use on May 22, 2016, and although he noted no intentional ingestion of methamphetamine, the use of the same was not denied. The defendant has reported for a substance abuse evaluation and is participating in recommended counseling. Additionally, as sanctions for this violation conduct, confinement of 2 days in the custody of the Bureau of Prisons and participation in the DROPS Program (second use level) is recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

**Keith Maurice Jenkins**
**Docket No. 4:11-CR-106-1FL**
**Petition For Action**
**Page 2**

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Dwayne K. Benfield | /s/ Michael W. Dilda |
| Dwayne K. Benfield | Michael W. Dilda |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Rm 214 |
| | Greenville, NC 27858-1137 |
| | Phone: 252-830-2342 |
| | Executed On: June 9, 2016 |

### ORDER OF THE COURT

Considered and ordered this __14th__ day of __June__, 2016 and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge